## 28789. BROWN v. THE STATE.

BROYLES, C. J.   The defendant was convicted in the criminal court of Fulton County of the offense of operating a lottery, known as the "number game," for the hazarding of money.   Her certiorari was overruled and she excepted to that judgment.   The verdict was authorized

by the evidence; and the petition for certiorari contains no special assignment of error.

*Judgment affirmed. MacIntyre and Gardner, JJ., concur.*

DECIDED FEBRUARY 11, 1941.

*Venable, Dantone & Fountain,* for plaintiff in error.
*Bond Almand, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw,* contra.